UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. ALVIN DARRELL SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN MRS. JUSINO,<br><br>        Respondent. | Case No. 5:22-cv-00539-JFW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The Notice of Filing Report and Recommendation and Report and Recommendation were returned with the notation "Not Here," "Return to Sender" and "Unable to Forward. Petitioner has not advised the Court of his change of address and has not filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered (1) denying the Petition for Writ of Habeas Corpus; and (2) dismissing the action without prejudice.

DATED: July 7, 2023

                                                    JOHN F. WALTER<br>
                                          UNITED STATES DISTRICT JUDGE