JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MR. ALVIN DARRELL SMITH, <br><br> Petitioner, <br><br> v. <br><br> WARDEN MRS. JUSINO, Warden, <br><br> Respondent. | Case No. 5:22-cv-00539 JFW (AFM) <br><br> **JUDGMENT** |

This matter came before the Court on the Petition of ALVIN DARRELL SMITH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: July 7, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE